UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ARRELLO BARNES,

                        Plaintiff,

                                                                     DECISION AND ORDER

                                                                     07-CV-6197L

                  v.

FEDELE, et al.,

                        Defendants.
_____

     By letter dated February 6, 2009, plaintiff seeks "discovery" before responding to defendants' motion to dismiss which was filed pursuant to FED. R. CIV. P. 12(b).  The motion for discovery is denied.  Unlike a summary judgment motion, a motion to dismiss speaks just to what is contained in the complaint, and no information, outside of that, may be considered by the court in deciding the motion.

     Plaintiff must respond to the defendant's motion to dismiss on or before April 1, 2009.

     IT IS SO ORDERED.

                                                      _____
                                                           DAVID G. LARIMER
                                                     United States District Judge

Dated: Rochester, New York
        February 25, 2009.