UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ARRELLO BARNES,

                      Plaintiff,

                                              DECISION AND ORDER

                                              07-CV-6197L

                      v.

FEDELE, et al.,

                      Defendants.
_____

Plaintiff's motion for summary judgment (Dkt. #74) is denied. At this stage of the proceedings, there are material issues of fact which preclude judgment as a matter of law at this time. The parties are engaged in discovery and that should continue.

    IT IS SO ORDERED.

                                      _____
                                         DAVID G. LARIMER
                                        United States District Judge

Dated: Rochester, New York
       August 25 , 2010.