UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ARRELLO BARNES,

        Plaintiff,

                ORDER

                07-CV-6197L

      v.

FEDELE, et al.,

        Defendants.
_____

  Plaintiff's *pro se* motion for reconsideration (Dkt. #81) is in all respects denied.

  IT IS SO ORDERED.

              _____
                DAVID G. LARIMER
                United States District Judge

Dated: Rochester, New York
   October 25, 2010.