UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ARRELLO BARNES,

                Plaintiff,

                                              <u>DECISION AND ORDER</u>

                                              07-CV-6197L

                v.

FEDELE, et al.,

                Defendants.
_____

      In a decision and order filed January 13, 2011 (Dkt. #89), this Court granted defendants' motions to dismiss in part and denied the motions in part. Some claims and some defendants were dismissed from the lawsuit. Now, by *pro se* motion filed March 5, 2012 (Dkt. #131), styled as a "Request to Add Defendants," plaintiff, in essence, asked this Court to reconsider its prior decision. After reviewing the motion, which was filed over a year after this Court's decision, I find no basis to alter, modify, or change the Court's prior decision filed January 13, 2011.

CONCLUSION

      Plaintiff's motion styled as a Request to Add Defendants, is in all respects denied.

      IT IS SO ORDERED.

                                              _____
                                                  DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
         March 23, 2012.